IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STUART WAYNE TOMPKINS,          )
                                )
          Plaintiff,            )
                                )
     v.                         )     1:11CV224
                                )
JOEL HERRON, et al.,            )
                                )
          Defendant(s).         )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on October 4, 2011, was served on the parties in this action. Plaintiff filed objections to the Recommendation. (Docs. 73, 74.)

The court has reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination, which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's motion for a preliminary injunction or temporary restraining order (Doc. 60) is DENIED for lack of a showing of good cause.

                                   /s/ Thomas D. Schroeder
                                   United States District Judge

February 23, 2012